# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 403 - 2 | **DATE** | 8/27/2008 |
| **CASE TITLE** | USA vs. Anthony Valentino | | |

**DOCKET ENTRY TEXT**

Arraignment held.  Defendant Anthony Valentino enters plea of not guilty to all counts.  16.1 conference to be held by or on 9/19/2008.  Status hearing set for 10/17/2008 at 10:00.  Valentino's oral motion for enlargement of the bond conditions to permit travel to visit his mother is denied without prejudice.  Order same bond to stand.   Excludable time to begin pursuant to 18:3161(h)(1)(F).  (X-E)

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | ETV |
|---|---|---|