# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 403 - 2 | **DATE** | 8/28/2008 |
| **CASE TITLE** | USA vs. Anthony Valentino | | |

**DOCKET ENTRY TEXT**

Pretrial Services Officer Crista Brown has advised the court she has no objection to Mr. Valentino's traveling to Iowa to visit his mother.   Defendant's motion for enlargement of bond conditions to permit travel is therefore granted, and Mr. Valentino is directed to furnish Ms. Brown with an itinerary.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|